Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

July 12, 20 23

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> STEVEN L. VERES, <br><br> Defendant. | NO. **CR23-5207 BHS** <br><br> **INDICTMENT** |

The Grand Jury charges that:

### COUNT 1

### (Influencing Federal Official by Threat)

On or about February 16, 2023, in Thurston County, within the Western District of Washington, STEVEN L. VERES did threaten to assault and murder Victim 1, an employee of the United States and of any agency in any branch of the United States Government, with intent to impede, intimidate, and interfere with Victim 1 while he was engaged in the performance of his official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 1114.

Indictment - 1
*United States v. Veres*
USAO No. 2023R00592

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, STEVEN L. VERES shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c), any property that constitutes or is traceable to proceeds of the offense.

//
//
//

Indictment - 2
United States v. Veres
USAO No. 2023R00592

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: yes

DATED: July 12, 2023

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
Acting United States Attorney

_____
AMY JAQUETTE
Assistant United States Attorney

_____
JOCELYN COONEY
Assistant United States Attorney

Indictment - 3
*United States v. Veres*
USAO No. 2023R00592

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970