The Honorable David W. Christel

FILED ___ LODGED
___ RECEIVED

AUG 10 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR23-5207BHS |
|---|---|
| Plaintiff, | MOTION FOR DETENTION ORDER |
| v. | |
| STEVEN L. VERES, | |
| Defendant. | |

The United States moves for detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

    __X__   Crime of violence (18 U.S.C. § 3156)

    _____   Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

    _____   Crime with a maximum sentence of life imprisonment or death

    _____   Drug offense with a maximum sentence of ten years or more

    _____   Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed

Motion for Detention- 1
*United States v. Veres*, CR23-5207BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-2279

| | | |
|---|---|---|
| 1 | ___ | Felony offense involving a minor victim other than a crime of violence |
| 2 | ___ | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
| 5 | ___ | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
| 7 | _X_ | Serious risk the defendant will flee |
| 8 | ___ | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |
| 10 | ___ | Probable cause to believe the defendant has been found guilty of an offense and is awaiting imposition of a sentence under 18 U.S.C. § 3143(a) and Federal Rule of Criminal Procedure 32.1(a)(6). |

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

| | | |
|---|---|---|
| 15 | _X_ | Defendant's appearance as required |
| 16 | _X_ | Safety of any other person and the community |

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

| | | |
|---|---|---|
| 19 | ___ | Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release |
| 22 | ___ | Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more |
| 24 | ___ | Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism) |

Motion for Detention- 2
*United States v. Veres*, CR23-5207BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-2279

1 | ___ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

___ Probable cause to believe the defendant has been found guilty of an offense and is awaiting imposition of a sentence under 18 U.S.C. § 3143(a) and Federal Rule of Criminal Procedure 32.1(a)(6).

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

   X    At the initial appearance

___ After continuance of ___ days (not more than 3)

DATED this 10th day of August, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/Jocelyn Cooney*
JOCELYN COONEY
Assistant United States Attorney

Motion for Detention- 3
*United States v. Veres*, CR23-5207BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-2279