JUDGE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN L. VERES, <br><br> Defendant. | No. CR23-5207 BHS <br><br> ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

Based on the Defendant's Unopposed Motion to Continue the Pretrial Motions Deadline in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions due date be continued to September 7, 2023.

DONE this 1st day of September, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Heather Carroll*
Assistant Federal Public Defender
Attorney for Steven L. Veres

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE PRETRIAL MOTIONS DUE DATE
(*United States v. Veres* / CR23-5207 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710